IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELIZABETH STOWERS :
    Plaintiff

:    Case No. AMD 02-CV-1920

vs.

:

QUEEN ANNE'S COUNTY BOARD OF
EDUCATION – Dr. Bernard Sadusky :

SUE STEIN :

QUEEN ANNE'S COUNTY COMMISSIONERS :
George M. O'Donnell – President

JULIA WALTERS :
    Defendants

:   :   :

FILED
LODGED
ENTERED
RECEIVED

SEP 23 2002

BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Elizabeth Stowers, by and through her attorney, Iris R. Whiting, Esq., pursuant to Federal Rule 41 of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal and thereby gives Notice that the Plaintiff, Elizabeth Stowers, is voluntarily dismissing all her claims against all the Defendants in the above-captioned case.

*(signature)*
IRIS R. WHITING, ESQ.
P.O. BOX 1457
EASTON, MD. 21601
410-770-8888
ATTORNEY FOR PLAINTIFF –
ELIZABETH STOWERS
FEDERAL BAR No. 12163

9/23/2002
APPROVED
*(signature)*

23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELIZABETH STOWERS<br>    Plaintiff | : | |
| | : | Case No. AMD 02-CV-1920 |
| vs. | | |
| | : | |
| QUEEN ANNE'S COUNTY BOARD OF<br>EDUCATION – Dr. Bernard Sadusky | : | |
| | : | |
| SUE STEIN | | |
| | : | |
| QUEEN ANNE'S COUNTY COMMISSIONERS<br>George M. O'Donnell – President | | |
| | : | |
| JULIA WALTERS<br>    Defendants | : | |
| : : : | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of September, 2002, a copy of the foregoing Notice of Voluntary Dismissal and Certificate of Service was mailed, first class, postage prepaid to: Kevin Karpinski, Esq., of Allen, Karpinski, Bryant & Karp, P.A., Suite 1540, 100 E. Pratt Street, Baltimore, MD. 21202-1089, Attorney for Defendants.

IRIS R. WHITING, ESQ.
P.O. BOX 1457
EASTON, MD. 21601
410-770-8888
ATTORNEY FOR PLAINTIFF –
    ELIZABETH STOWERS
FEDERAL BAR No. 12163